**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**          CR 08-304-R
                                          CR 08-547-R
                                          CR 08-599-R

Defendant **ROBERT JAMES MCDEARMON**          S.S.#-------1497

Residence: Metropolitan Detention Center   Mailing: SAME
           535 Alameda Street, L.A. CA 90012
------------------------------------------------------------------------

**JUDGMENT AND PROBATION/COMMITMENT ORDER**
------------------------------------------------------------------------

In the presence of the attorney for the government, the defendant appeared in person, on: NOVEMBER 3, 2008
                          Month / Day / Year

COUNSEL:

_____ WITHOUT COUNSEL
        However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

 XX  WITH COUNSEL Michael Mayock, retained

X PLEA:

 XX  GUILTY, and the Court being satisfied that there is a factual basis for the plea.

_____ NOLO CONTENDERE          _____ NOT GUILTY

FINDING:

There being a jury verdict of _____ GUILTY, defendant has been convicted as charged of the offense(s) of: Distribution of Child Pornography in violation of Title 18 USC 2252a(a)(2)(A) as charged in count 2 of CR-08-304; Distribution of child pornography in violation of Title 2252A(a)(2)(A) as charged in count 1 of CR-08-547; Possession of child pornography in violation of Title 18 USC 2252A(a)(5)(B) as charged in the single-count information in CR-08-599.

JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:

One hundred fifty-one (151) months, on each of the above-listed counts in the three consolidated actions, to be served concurrently.

IT IS FURTHER ORDERED AND ADJUDGED that upon release from imprisonment, the defendant shall be placed on supervised release for a term of life, on each of the above-listed counts in the three consolidated actions, to be served concurrently, under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) during the period of community supervision, shall pay the special assessment in accordance with this judgment's orders pertaining to such

**-- GO TO PAGE TWO --**                    WH
                                          Deputy Clerk

**U.S.A. V. ROBERT JAMES MCDEARMON**          CR <u>**08-304-R;**</u>
                                              <u>**CR-08-547-R; CR-08-599-R**</u>

**-- CONTINUED FROM PAGE ONE --**                          **PAGE TWO**
======================================================================
## JUDGMENT AND PROBATION/COMMITMENT ORDER
======================================================================
payment; 3) shall cooperate in the collection of a DNA sample from the
defendant 4) shall register as a sex offender, and keep the
registration current, in each jurisdiction where he resides, where he
is an employee, and where he is a student, to the extent the
registration procedures have been established in each jurisdiction;
when registering for the first time, the defendant shall also register
in the jurisdiction in which the conviction occurred if different form
his jurisdiction of residence; the defendant shall provide proof of
registration to the Probation Officer withing <u>three</u> days of release
from imprisonment; 5) shall, immediately following sentencing, report
directly to the probation office for instructions regarding the
registration requirements created by the Adam Walsh Child Protection
and Safety Act of 2006; 6) shall participate in a psychological
counseling or psychiatric treatment or a sex offender treatment
program, as approved and directed by the Probation Officer; the
defendant shall abide by all rules, requirements, and conditions of
such program; the Probation Officer shall disclose the presentence
report or any previous mental health evaluations or reports to the
treatment provider; 7) shall, as directed by the Probation Officer, pay
all or part of the costs of treating the defendant's
psychological/psychiatric disorder(s) to the aftercare contractor
during the period of community supervision, pursuant to 18 USC 3672,
and the defendant shall provide payment and proof of payment as
directed by the Probation Officer; 8) shall not possess any materials,
including pictures, photographs, books, writings, drawings, videos, or
video games, depicting and/or describing child pornography as defined
in 18 USC 2256(8); this condition does not prohibit the defendant from
possessing materials solely because they are necessary to, and used
for, a collateral attack, nor does it prohibit him from possessing
materials prepared for use for the purposes of his court-mandated sex
offender treatment, when the defendant's treatment provider for the
probation officer has approved of his possession of the material in
advance; 9) shall not frequent, or loiter, within 100 feet of school
yards, parks, public swimming pools, playgrounds, youth centers, video
arcade facilities, or other places primarily used by persons under the
age of 18; 10) shall not associate or have verbal, written, telephonic,
or electronic communication with any person under the age of 18,
except: a) in the presence of the parent or legal guardian of said
minor and b) on the condition that the defendant notify said parent or
legal guardian of his conviction in the instant offense/prior offense;

**-- GO TO PAGE THREE --**                        _____WH_____
                                                  Deputy Clerk

**U.S.A. V. ROBERT JAMES MCDEARMON**          CR **08-304-R;**
                                              **CR-08-547-R; CR-08-599-R**

**-- CONTINUED FROM PAGE TWO --**                    **PAGE THREE**
==========================================================
### JUDGMENT AND PROBATION/COMMITMENT ORDER
==========================================================
 this provision does not encompass persons under the age of 18, such
as waiters, cashiers, ticket vendors, etc., with whom the defendant
must deal with in order to obtain ordinary and usual commercial
services;
11) shall not affiliate with, own, control, volunteer and/or be
employed in any capacity by a business and/or organization that causes
him to regularly contact persons under the age of 18; 12) the
defendant's employment shall be approved by the Probation Officer, and
any change in employment shall be approved by the Probation Officer;
the defendant shall submit the name and address of the proposed
employer to the Probation Officer at least 10 days prior to any
scheduled change; 13) shall not reside within 2,000 feet of school
yards, parks, public swimming pools, playgrounds, youth centers, video
arcade facilities, or other places primarily used by persons under the
age of 18; the defendant's residence shall be approved by the Probation
Officer, and any change in residence must be pre-approved by the
Probation Officer; the defendant shall submit the address of the
proposed residence to the Probation Officer at least 10 days prior to
any scheduled move; 14) shall submit his person, and any property,
house, residence, vehicle, papers, computer, other electronic
communication or data storage devices or media, and his effects to
search at any time, with or without a warrant, by any law enforcement
or Probation Officer with reasonable suspicion concerning a violation
of a condition of supervised release or unlawful conduct by the
defendant, and by any Probation Officer in the lawful discharge of the
officer's supervision functions; 15) shall possess and use only those
computers and computer-related devices, screen user names, passwords,
email accounts, and internet service providers (ISPs) which have been
disclosed to the Probation Officer prior to the first use; computers
and computer related-devices are personal computers, personal data
assistants (PDAs), internet appliances, electronic games, cellular
telephones, and digital storage media, as well as their peripheral
equipment, that can access, or can be modified to access, the internet,
electronic bulletin boards, and other computers; 16) all computers,
computer-related devices and their peripheral equipment used by the
defendant shall be subject to search and seizure; this shall not apply
to items used at the defendant's employment site, which are maintained
and monitored by the employer; 17) shall be subject to the installation

**-- GO TO PAGE FOUR --**                    _____**WH**_____
                                             Deputy Clerk

```
U.S.A. V. ROBERT JAMES MCDEARMON          CR 08-304-R;
                                          CR-08-547-R; CR-08-599-R
-- CONTINUED FROM PAGE THREE --                     PAGE FOUR
========================================================
        JUDGMENT AND PROBATION/COMMITMENT ORDER
========================================================
```

of monitoring software and hardware; the defendant shall pay the cost
of the computer monitoring, in an amount not to exceed $30 per month
per device connected to the internet.

IT IS FURTHER ORDERED that defendant pay to the United States a
special assessment of $300.00, which is due immediately.

IT IS FURTHER ORDERED that any remaining counts in any of the
three consolidated cases are dismissed.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release
set out on the reverse side of this judgment be imposed.  the Court may change the conditions of supervision, reduce or extend the period of supervision,
and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation
occurring during the supervision period.

Signed by:  District Judge _____

                            **MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment
Order to the U.S. Marshal or other qualified officer.

Terry Nafisi, Clerk of Court

Dated/Filed   November 4, 2008      By_____/S/_____
              Month / Day / Year          William Horrell, Deputy Clerk

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

**STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE**

While the defendant is on probation or supervised release pursuant to this judgment:

1.  The defendant shall not commit another Federal, state or local crime;

2.  the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3.  the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4.  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5.  the defendant shall support his or her dependents and meet other family responsibilities;

6.  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7.  the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

8.  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9.  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;

16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

☐     The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

      1. Special assessments pursuant to 18 U.S.C. §3013;
      2. Restitution, in this sequence:
            Private victims (individual and corporate),
            Providers of compensation to private victims,
            The United States as victim;
      3. Fine;
      4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
      5. Other penalties and costs.

**SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE**

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

---

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

B y

_____ _____
Date                                         Deputy Marshal


**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

B y

_____ _____
Filed                                       Deputy Clerk
Date


**FOR U.S. PROBATION OFFICE USE ONLY**

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

_(Signed)_____ _____
Defendant                                                       Date


_____ _____
U. S. Probation Officer/Designated Witness                      Date